**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DELLAREESE YOUNG, | : | No. 52 EM 2018 |
| Respondent | : | |
| v. | : | |
| DAVID YOUNG, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2018, the Petition for Review is DENIED.